UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
:
   -v-                                                        :    25-CR-306 (JMF)
:
RAFAEL LUIS DIAZ MEJIA, et al,                      :    SCHEDULING ORDER
:
                              Defendants.              :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that the parties shall appear for an arraignment and pretrial conference in this matter on **July 16, 2025** at **10:30 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: July 10, 2025
       New York, New York
                                                   JESSE M. FURMAN
                                                   United States District Judge