

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

November 5, 2025

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application GRANTED. Time is excluded in the interests of justice, for the reasons set forth in the Government's letter, from today, November 5, 2025, until November 18, 2025. The Clerk of Court is directed to terminate Doc. #29.*

*SO ORDERED.*

*November 5, 2025*

Re:   *United States v. Diaz Mejia et al.*, 25 Cr. 306 (JMF)

Dear Judge Furman:

    The parties are currently scheduled to appear before the Court for a conference in the above-referenced matter on November 18, 2025.  This date was scheduled after the Court adjourned the previously scheduled October 23, 2025 conference, based on a defense request for an adjournment to which the Government also consented.  However, time was not excluded under the Speedy Trial Act between October 23, 2025 and November 18, 2025.

    Thus, the Government respectfully requests that time be excluded from the date of this letter until November 18, 2025.  The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the parties to continue to review discovery materials, brief pretrial motions, and discuss a potential pretrial resolution. Defense counsel for both defendants consent to this request.

                    Sincerely,

                    JAY CLAYTON
                    United States Attorney

      By:   _____
            Katherine Cheng
            Adam Z. Margulies
            Assistant United States Attorneys
            Southern District of New York
            katherine.cheng@usdoj.gov
            adam.margulies@usdoj.gov
            212-637-2492 / -2345

cc:   Donald Yanella, Esq., (via ECF)
      Mitchell Schwartz, Esq. (via ECF)