UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA,              :

             -v-                       :                25-CR-306-1 (JMF)

RAFAEL LUIS DIAZ MEJIA,           :           SCHEDULING ORDER

                  Defendant.       :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that sentencing in this matter, presently scheduled for **June 11, 2026**, is RESCHEDULED to **June 16, 2026,** at **2:45 p.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures and practices. Consistent with the Court's Rules, the defendant's sentencing submission shall be served two weeks in advance of the date set for sentencing. The Government's sentencing submission shall be served one week in advance of the date set for sentencing. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

SO ORDERED.

Dated: May 29, 2026
      New York, New York                                 JESSE M. FURMAN
                                         United States District Judge